UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE MERRIMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REBECCA LOVE, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-01443-TLN-CKD<br><br>**ORDER** |

Plaintiff Dominique Merriman ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 17, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 30.) Defendants Rebecca Love and Laura Sullivan ("Defendants") have filed objections to the findings and recommendations (ECF No. 33) and Plaintiff has filed a reply (ECF No. 36).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper

analysis.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 17, 2020 (ECF No. 30) are ADOPTED IN FULL;

2. Defendants' motion to dismiss (ECF No. 25) is DENIED; and

3. Defendants shall file their response to Plaintiff's first amended complaint within fourteen days.

IT IS SO ORDERED.

DATED: October 6, 2020

Troy L. Nunley
United States District Judge

---

[1] In their objections, Defendants seem to suggest the magistrate judge's denial of their request for judicial notice was material to the recommendation that the motion to dismiss be denied. However, nothing suggests the magistrate did not consider the exhibits presented by Defendants in considering their motion to dismiss, despite the fact she declined to judicially notice the exhibits.

2